USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

DEREK PARSONS

                  Defendant.

**17 CR 0767 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a conference on Defendant's violation of supervised release for Friday, March 24, 2023, at 10:00 AM.

**SO ORDERED.**

Dated:    23 February 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.